IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS D. CROCK,  )
    Plaintiff,  )
      ) Civil Action No. 08-680
v.  )
      )
MICHAEL J. ASTRUE, Commissioner  )
of Social Security,  )
    Defendant.  )

## ORDER

AND NOW, this 22 day of May, 2008, IT IS HEREBY ORDERED that plaintiff's request for assistance of counsel is DENIED.

IT IS FURTHER ORDERED that plaintiff's request for a reduced number of copies is DENIED.

IT IS FURTHER ORDERED that, to the extent plaintiff wishes to amend his newly filed complaint, such request is GRANTED and any amendment shall be filed prior to service on the defendant.

BY THE COURT,

/s/ Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc:    Thomas D. Crock
       P. O. Box 16394
       Pittsburgh, PA 15242