# In The US District Court
# Western District of Pennsylvania

SCANNED

| | |
|---|---|
| Thomas D. Crock )<br>　　Plaintiff, ) | CV-08-680 |
| ) | |
| v. ) | |
| ) | RECONSIDERATION Motion |
| Michael J. Astrue, Commissioner ) | |
| of Social Security ) | |
| 　　Defendant. ) | |

Filed on behalf of Plaintiff

Thomas D. Crock
PO Box 16394
Pgh, PA 15242
(412) ~~381-454~~, td1crock@yahoo.com
301-1878

AND NOW, THIS 17th DAY OF Oct 08, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*/s/ Gary L. Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

pg. 1