IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS D. CROCK, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 08-680 |
| v. | ) |
| | ) JUDGE LANCASTER |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security | ) **Electronic Filing** |
| Defendant. | ) |

## ORDER

On Plaintiff's motion for approval of attorney's fees pursuant to section 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for Defendant, it is hereby

**O R D E R E D**

as follows:

The Court authorizes the amount of $15,665.70 in attorney fees pursuant to 42 U.S.C. § 406(b).

ENTERED this 6th day of Aug, 2012.

_____
C.J.